The appellant's motion for rehearing is overruled.

---

## Mose BROADEN v. STATE (two cases).
### Nos. 24737, 24738.

Court of Criminal Appeals of Texas.
Feb. 1, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for theft of cattle; punishment assessed at three years in the penitentiary.

Appellant perfected an appeal to this court, but now files his affidavit advising that he no longer desires to prosecute his appeal, and at his request said appeal is ordered dismissed.